ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
STEFANI K. HEPFORD
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: stefani.hepford@usdoj.gov
Attorneys for Plaintiff

✓FILED ___LODGED
___RECEIVED ___COPY

2017 JAN 25 P 4:25

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Loni Kay Kambitsch,

    Defendant.

CR 17-125 TUC

I N D I C T M E N T  JAS(JR)

VIO: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)
(Possession with Intent to Distribute Marijuana)
Count 1

21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(4)
(Importation of Marijuana)
Count 2

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about October 13, 2016, at or near Douglas, in the District of Arizona, Loni Kay Kambitsch did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT 2

On or about October 13, 2016, at or near Douglas, in the District of Arizona, Loni Kay Kambitsch did knowingly and intentionally import into the United States from the

///

1 | Republic of Mexico less than 50 kilograms of marijuana, a Schedule I controlled substance;
2 | in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(4).

A TRUE BILL

/ S /

_____
Presiding Juror

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/ S /

Assistant U.S. Attorney

Dated: January 25, 2017

REDACTED FOR
PUBLIC DISCLOSURE