LAW OFFICE of
**DAVID LIPARTITO, P.C.**
_____

177 N. Church, Ste. 700
TUCSON, ARIZONA 85701
TELEPHONE (520) 622-1944
FAX (520) 624-4796
david@lipartitolaw.com
Pima County Computer No. 34756
Arizona State Bar. No. 010048
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LONI KAY KAMBITSCH,<br><br>Defendant. | Case No. CR17-00125-TUC-JAS-JR<br><br>**MOTION TO CONTINUE TRIAL DATE AND EXTEND PLEA DEADLINE (First Request)** |

It is anticipated that excludable delay under 18 U.S.C. §3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

Defendant LONI KAY KAMBITSCH, through counsel undersigned, moves this Court for its order continuing the trial date of March 28, 2017, and extending the plea deadline of March 10, 2017, for a period of at least sixty (60) days.

The basis for this motion is as follows:

1. These dates are initial settings and this is the first motion filed by either party to continue or extend them.
2. Defendant is in custody and is aware of and approves this motion.

3. The defense needs additional time to investigate the facts in this matter and prepare this matter for trial and determine the possible need for filing pre-trial motions.

4. The Government has indicated it may be making a plea offer in this case, but has not yet done so. Defense counsel will need additional time after this offer is made to discuss it with his client.

5. There are no co-defendants.

6. The assigned AUSA, Stefani Hepford, has been contacted and has indicated she has no objection to this Motion.

DATED this 9th day of March, 2017.

DAVID LIPARTITO, P.C.

/s/ David Lipartito
David Lipartito
Attorney for Defendant

Copy of the foregoing
electronically delivered
this date to:

Stefani Hepford, AUSA