LAW OFFICE of
# DAVID LIPARTITO, P.C.
_____

177 N. Church, Ste. 700
TUCSON, ARIZONA 85701
TELEPHONE (520) 622-1944
FAX (520) 624-4796
david@lipartitolaw.com
Pima County Computer No. 34756
Arizona State Bar. No. 010048
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR17-00125-TUC-JAS-JR |
| Plaintiff, | **MOTION TO CONTINUE TRIAL DATE AND EXTEND PLEA DEADLINE (Second Request)** |
| vs. | |
| LONI KAY KAMBITSCH, | |
| Defendant. | |

It is anticipated that excludable delay under 18 U.S.C. §3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

Defendant LONI KAY KAMBITSCH, through counsel undersigned, moves this Court for its order continuing the trial date of May 31, 2017, and extending the plea deadline of May 12, 2017, for a period of at least seventy (70) days, but to a date on or after August 18, 2017, because of a conflict on Defendant's attorney trial calendar.

The basis for this motion is as follows:

1. Defense counsel requires additional time to investigate the facts in this matter and prepare this matter for trial and determine a possible need for filing pre-trial motions.

2. Defendant is in custody and is aware of and approves this motion.

3. There are no co-defendants.

4. Although counsel undersigned anticipates the defense will be ready for trial in 60-70 days, counsel has a conflict from August 3 to August 17, 2017 with a several-day trial in a termination of parental rights case in Pima County Juvenile Court before Judge Langford that would be difficult or impossible to move because of the number of attorneys and witnesses, including expert witnesses involved, the allegations in that case, and the limitations contained the state statutes and rules governing severance matters.

5. The assigned AUSA, Stefani Hepford, has been contacted and has indicated she has no objection to this Motion.

DATED this 15th day of May, 2017.

                DAVID LIPARTITO, P.C.

                /s/ David Lipartito
                David Lipartito
                Attorney for Defendant

Copy of the foregoing
electronically delivered
this date to:

Stefani Hepford, AUSA