

FILED ___ LODGED
RECEIVED ___ COPY
MAY 24 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA, )
    Plaintiff, ) Case No. CR17-0125-TUC-JAS(JR)
                        )
                        ) MOTION TO DISMISS COUNSEL
                        ) FOR INEFFECTIVE ASSISTANCE
                        )
vs. )
                        )
    Defendant, )

COMES NOW, the defendant **Loni Kambitsch** to respectfully request that this Honorable Court sets its calendar for a motion hearing, to terminate counsel

This motion is supported by the United States Constitution's Fifth, Sixth and Fourteenth Amendment guaranteed right protection.

This motion is submitted pursuant to the F.R.Crim. Proc. Rule 12 (b), and is submitted in good faith., Attached is a Memorandum of Points and Authorities to establish this Motion factual background and to support its caption clause.

Respectfully submitted this 18 day of March 2017.

                                                Loni Kambitsch
                                                (Defendant/Movant)