**RESNICK LAW GROUP, PLLC.**
100 North Stone Avenue
Suite 502
Tucson, Arizona 85701
Telephone: (520) 903-9938
Facsimile: (520) 882-8622
E-mail: resnicklawfirm@gmail.com

Mark R. Resnick, State Bar No. 19272
Pima County Computer No. 65338
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA,<br><br>               Plaintiff,<br><br>v.<br><br>LONI KAY KAMBITSCH,<br><br>               Defendant. | **Case No. 4:17-cr-00125-JAS-JR**<br><br>**MOTION TO CONTINUE SENTENCING**<br><br>(FIRST REQUEST) |

It is expected that excludable delay under Title 18, United States Code, §3161 (h)(8)(B)(i) and §3161 (h)(8)(B)(iv) will occur as a result of this motion or an order based thereon.

Defendant, **LONI KAY KAMBITSCH,** through counsel undersigned, requests a 30-day continuance of the Sentencing currently set for August 10, 2017. This request for continuance is made for the following reasons:

Additional time is required to properly prepare mitigation material and probation informs defense counsel they will require additional time to

1  prepare the presentence report because due to counsel being newly-retained,

2  the presentence interview had to be rescheduled.

3          Undersigned counsel has contacted Assistant U.S. Attorney Stefanie

4  Hepford, to learn whether she would object to this request and/or a

5

6  continuance being granted and she has indicated that she has no objection.

7          This motion is made in good faith and not for unreasonable delay.

8

9

10          RESPECTFULLY SUBMITTED this 13th day of July, 2017.

11

12                          s/ Mark R. Resnick

13
                            MARK R. RESNICK
14                          Attorney for Richard Corrie Beals

15

16

17

18  CERTIFICATE OF SERVICE:
    I certify that on this date, I electronically transmitted the attached document to the
19  clerk's office using the CM/ECF system for filing and transmittal of a notice of
    electronic filing to the following CM/ECF registrants:
20
21  Assistant United States attorney
    United States Attorney's Office
22  405 West Congress Street
    Suite 4800
23  Tucson, AZ 85701.

24

25

26