ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
STEFANI K. HEPFORD
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: stefani.hepford@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States America,<br><br>   Plaintiff,<br><br>  vs.<br><br>Loni Kay Kambitsch,<br><br>   Defendant. | CR-17-00125-JAS-JR<br><br>GOVERNMENT'S SENTENCING MEMORANDUM |

The United States of America through its undersigned attorneys submits the following recommendations for a sentence of imprisonment of 10 months, followed by three years of supervised release. Sentencing is scheduled for October 16, 2017.

**<u>Presentence Investigation Report Calculations and Recommendations</u>**

The Presentence Investigation Report calculates a total offense level of 12, and places the defendant in criminal history category III, resulting in a guideline imprisonment range of 15 to 21 months, and a supervised release term of up to three years. The government concurs with these calculations. Under the terms of the plea agreement, the parties stipulate to a sentencing range of 6 to 12 months based on a Criminal History Category III, and a four-level downward departure pursuant to USSG § 5K3.1.

United States Probation recommends a sentence of 10 months 0, followed by three years of supervised release, which comports with the stipulated range in the parties' plea agreement. The government respectfully requests the Court adopt this recommendation.

## Analysis of 18 U.S.C. § 3553(a) Factors

This defendant's criminal history reveals a blatant disregard for court directives with probation violations and numerous failures to appear to her credit. While the defendant has admitted to her participation in the instant offense, U.S. Probation notes several inconsistencies between the defendant's statements concerning her present substance use and prior state presentence and U.S. Pretrial Services reports. Even ignoring those inconsistencies, the defendant's criminal record belies her stated past use of illicit substances. In further aggravation, the defendant has sustained two felony convictions and numerous misdemeanor convictions for offenses, which did not even factor into her criminal history category determination. Ongoing contacts with law enforcement have produced no deterrent effect on this defendant. Finally, of great concern is the defendant's close association with Nicholas Kjolsrud, who has an extensive arrest history for offenses including burglary, shoplifting, possession of drug paraphernalia, obstructing government operations, possession of dangerous drugs, transportation and/or sale of dangerous drugs, and possession of a weapon during a drug offense. Notably, Kjolsrud did not cooperate with U.S. Pretrial Services in assisting with the corroboration of the defendant's background information and was hostile upon subsequent contact with U.S. Pretrial.

The circumstances surrounding this offense, the defendant's prior criminal record, and continuing criminal conduct, call for imprisonment to reflect the seriousness of the offense, deter her from committing future crimes, promote respect for the law, and provide just punishment. The government believes that a sentence of 10 months is sufficient, but not greater than necessary. The need to deter additional criminal conduct also warrants imposition of a term of supervised release of three years.

Respectfully submitted this 11th day of October, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

| | |
|---|---|
| 1 | /s/ *Stefani K. Hepford* |
| 2 | STEFANI K. HEPFORD<br>Assistant U.S. Attorney |

Copy of the foregoing served electronically or by other means this 11th day of October, 2017 to:

Mark Robert Resnick, attorney for defendant