1
2
3
4
5
6            **IN THE UNITED STATES DISTRICT COURT**
7              **FOR THE DISTRICT OF ARIZONA**
8    United States of America            No. CR-17-00125-001-TUC-JAS (JR)
9              Plaintiff,               **ORDER TERMINATING SUPERVISED**
                                        **RELEASE PRIOR TO ORIGINAL**
10   v.                                 **EXPIRATION DATE**
11   Loni Kay Kambitsch
12            Defendant.
13
        On Monday, October 16, 2017, the above named was placed on supervised release
14
     for a period of 36 months.  Loni Kay Kambitsch has complied with the rules and
15
     regulations of supervised release and is no longer in need of supervision. It is accordingly
16
     recommended that Loni Kay Kambitsch be discharged from supervision.
17
                                        Respectfully submitted,
18
19
                                        _____
20                                      Anysia S. Muñoz
                                        U.S. Probation Officer
21
22                       **ORDER OF COURT**
        Pursuant to the above report, it is ordered that Loni Kay Kambitsch be discharged
23
     from supervision and that the proceedings in the case be terminated.
24
25
     _____        4/10/2020
26
     Honorable James A. Soto                 Date
27   U.S. District Judge
28